

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00002-CV

---

In re Roberto Rubio Morales and Maria Del Rosario Betancourt

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## JUDGMENT

The Court has considered this cause on Relator's petition for writ of mandamus against the Honorable Judge Ruben Morales, Judge of County Court at Law No. 7 of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 9th day of January 2026.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.